## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DAVID VIERING** ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **Civil action No.** |
| ) | |
| **H & L CONTRACTING, LLC** ) | |
| **Defendant** ) | |

### PLAINTIFF'S COMPLAINT AND DEMAND FOR A JURY TRIAL

Now comes the Plaintiff, David Viering, and for his Complaint against the Defendant, H & L Contracting, LLC, states as follows:

### THE PARTIES

1. The Plaintiff, David Viering, is a resident of Topsfield, County of Essex, Commonwealth of Massachusetts.

2. The Defendant, H & L Contracting, LLC, is a Limited Liability Company duly organized and existing under the laws of the state of New Jersey, with its principal place of business in Hauppague, state of New York.

3. At all times relevant the Defendant did business in the Commonwealth of Massachusetts.

### FACTUAL ALLEGATIONS

4. On or about November 5, 2019, the Plaintiff, DAVID VIERING, was employed by the Defendant, H & L Contracting, LLC.

5. On or about November 5, 2019, the Plaintiff, DAVID VIERING, was employed by the Defendant, H & L Contracting, LLC, as a seaman, and a member of the crew of PUSHBOAT 1, an unnamed tugboat.

6. On or about November 5, 2019, the Plaintiff, DAVID VIERING, was employed by the

Defendant, H & L Contracting, LLC, as a seaman, and a member of the crew of BARGE 1, an unnamed floating barge.

7.    On or about November 5, 2019, the Defendant, H & L Contracting, LLC, owned PUSHBOAT 1.

8.    On or about November 5, 2019, the Defendant, H & L Contracting, LLC, owned BARGE 1.

9.    The Defendant, H & L Contracting, LLC, chartered PUSHBOAT 1, from some other person or entity such that on or about November 5, 2019, the Defendant, H & L Contracting, LLC, was the owner pro hac vice of PUSHBOAT 1.

10.    The Defendant, H & L Contracting, LLC, chartered BARGE 1, from some other person or entity such that on or about November 5, 2019, the Defendant, H & L Contracting, LLC, was the owner pro hac vice of BARGE 1.

11.    On or about November 5, 2019, the Defendant, H & L Contracting, LLC, operated the PUSHBOAT 1.

12.    On or about November 5, 2019, the Defendant, H & L Contracting, LLC, operated the BARGE 1.

13.    On or about November 5, 2019, the Defendant, H & L Contracting, LLC, or its agents, servants, and/or employees, controlled PUSHBOAT 1.

14.    On or about November 5, 2019, the Defendant, H & L Contracting, LLC, or its agents, servants, and/or employees, controlled BARGE 1.

15.    On or about November 5, 2019, PUSHBOAT 1 was in navigable waters.

16.    On or about November 5, 2019, BARGE 1 was in navigable waters.

17.    On or about November 5, 2019, BARGE 1 was tied and affixed to PUSHBOAT 1 and

they were engaged in a common enterprise, execution and/or venture of shore restoration and dredging under the single command of the Defendant, its agents, servants, employees and/or captains.

18.     On or about November 5, 2019, while in the in the performance of his duties in the service of PUSHBOAT 1 and of BARGE 1, the Plaintiff, DAVID VIERING, sustained personal injuries when his hand was crushed while loading equipment onto BARGE 1.

19.     Prior to and at the time he sustained the above-mentioned personal injuries, the Plaintiff, DAVID VIERING, was exercising due care.

## **JURISDICTION**

20.     This Court has subject matter jurisdiction over this matter pursuant to The Merchant Marine Act of 1920, commonly called the Jones Act, 46 U.S.C. § 30104, et. seq. (formerly § 688 et. seq.)

21.     Alternatively, this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1333 and/or 28 U.S.C. § 1331.

## **COUNT I**
## **DAVID VIERING V. H & L CONTRACTING, LLC**
## **(JONES ACT NEGLIGENCE)**

22.     The Plaintiff, DAVID VIERING, reiterates the allegations set forth in paragraphs 1 through 21 above.

23.     The personal injuries sustained by the Plaintiff, DAVID VIERING, were not caused by any fault on his part but were caused by the negligence of the Defendant, H & L Contracting, LLC, its agents, servants and/or employees.

24.     As a result of said injuries, the Plaintiff, DAVID VIERING, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical

expenses, and has sustained and will sustain other damages as will be shown at trial.

25.     This cause of action is brought under the Merchant Marine Act of 1920, commonly called

the Jones Act.

WHEREFORE, the Plaintiff, DAVID VIERING, demands judgment against the

Defendant, H & L Contracting, LLC, in an amount to be determined by a jury together with

interest and costs.

## COUNT II
## DAVID VIERING V. H & L CONTRACTING, LLC
## (GENERAL MARITIME LAW -  UNSEAWORTHINESS)

26.     The Plaintiff, DAVID VIERING, reiterates the allegations set forth in paragraphs 1

through 21 above.

27.     The personal injuries sustained by the Plaintiff, DAVID VIERING, were due to no fault

of his, but were caused by the Unseaworthiness of PUSHBOAT 1 and/or BARGE 1.

28.     As a result of said injuries, the Plaintiff, DAVID VIERING, has suffered pain of body

and anguish of mind, lost time from his usual work and pursuits, incurred medical

expenses, and has sustained and will sustain other damages as will be shown at trial.

29.     This cause of action is brought under the General Maritime Law for Unseaworthiness and

is for the same cause of action as Count I.

WHEREFORE, the Plaintiff, DAVID VIERING, demands judgment against the

Defendant, H & L Contracting, LLC, in an amount to be determined by a jury together with

punitive damages, interest and costs.

## COUNT III
## DAVID VIERING V. H & L CONTRACTING, LLC
## (GENERAL MARITIME LAW - MAINTENANCE and CURE)

30.     The Plaintiff, DAVID VIERING, reiterates all of the allegations set forth in Paragraphs 1

through 21 above.

31.    As a result of the personal injuries described in paragraph 18 above, the Plaintiff, DAVID

VIERING, has incurred and will continue to incur expenses for his maintenance and cure.

WHEREFORE, the Plaintiff, DAVID VIERING, demands judgment against the

Defendant, H & L Contracting, LLC, in an amount to be determined by a jury for maintenance

and cure, together with costs and interest.


**THE PLAINTIFF DEMANDS TRIAL BY JURY AS TO ALL ISSUES RAISED IN THIS
COMPLAINT**


Respectfully submitted for the
the Plaintiff, DAVID VEIRING,
by his attorneys,

Dated:  August 3, 2021


/s/ Jonathan E. Gilzean
David F. Anderson, BBO # 560994
Jonathan E. Gilzean, BBO # 679164
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000